UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEFFREY OWENS, et al., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 3:22-cv-1455-X |
| § | |
| AMK DESOTO, INC., et al, § | |
| § | |
| *Defendant*. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Jeff and Joseph Owens ("Plaintiffs") and Defendants AMK Desoto, Inc. and Ahmad Khatib, Individually ("Defendants") stipulate and agree that since Plaintiffs no longer desire to pursue their claims against Defendants, any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii) and that each party shall bear their own fees and costs.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court enter an order dismissing with prejudice any and all claims asserted by and between Plaintiffs and Defendants in this action with each party bearing their own attorney's fees and costs.

Respectfully Submitted,

**WELMAKER LAW, PLLC**
**409 N. Fredonia, Suite 118**
**Longview Texas 75601**
Telephone (512) 799-2048

By:  */s/ Douglas B. Welmaker*
     Douglas B. Welmaker
     Texas State Bar No. 00788641
     doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFFS**

By: /s/ *Shabaz A. Nizami*
**SHABAZ A. NIZAMI**
State Bar No. 24079058
shabaz.nizami@sargentlawtx.com
**SARGENT LAW, P.C.**
1717 Main Street, Suite 4750
Dallas, Texas 75201
(214) 749-6516
 (214) 749-6316 (fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Stipulation of Dismissal has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on September 20, 2023.

     /s/ Douglas B. Welmaker
     Douglas B. Welmaker