UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY OWENS, et al., | § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | Civil Action No. 3:22-cv-1455-X |
| AMK DESOTO, INC., et al. | | |
| *Defendants.* | | |

# DISMISSAL ORDER

The Court treats the parties' Joint Stipulation of Dismissal with Prejudice [Doc. 17], as a joint motion to dismiss with prejudice, and **GRANTS** it. Accordingly, the Court **ORDERS** that this entire action be **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own fees and costs.

**IT IS SO ORDERED** this 21st day of September, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE